# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV07-00243DAE-KSC |
| CASE NAME: | Susan Govier v. The Law Offices of Robert B. Serian & Associates, et al. |
| ATTYS FOR PLA: | Norman Lau, by phone |
| ATTYS FOR DEFT: | Wesley Ching, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/3/2008 | TIME: | 9:11-9:14:05am **(SEALED HEARING)** |

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated **UNDER SEAL.**

Based upon representations by counsel, the court finds that the essential terms of a valid and binding settlement agreement have been stated. The deadline for filing of the Dismissal is 9/30/08.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
9/23/08, 9:00am, Final Pretrial Conference, Judge Chang
11/4/08, 9:00am, Jury Trial, Judge Ezra

Submitted by: Shari Afuso, Courtroom Manager